UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE RAMOS,<br>Plaintiff,<br>v.<br>MERCK AND CO., INC., et al.,<br>Defendants. | No. 1:22-cv-00430-NODJ-EPG |
| LAURA WYLIE,<br>Plaintiff,<br>v.<br>MERCK AND CO., INC., et al.,<br>Defendants. | No. 2:22-cv-00604-NODJ-EPG |
| AMBER HOBBS,<br>Plaintiff,<br>v.<br>MERCK AND CO., INC., et al.,<br>Defendants. | No. 2:22-cv-00662-NODJ-EPG |

LYNETTE EDWARDS, et al.,

Plaintiffs,

v.

MERCK AND CO., INC., et al.,

Defendants.

No. 1:22-cv-00433-NODJ-EPG

---

SHERRY WALLACE,

Plaintiff,

v.

MERCK AND CO., INC., et al.,

Defendants.

No. 1:22-cv-00607-NODJ-EPG

---

KAROLINA CHRISTENSEN,

Plaintiff,

v.

MERCK AND CO., INC., et al.,

Defendants.

No. 2:22-cv-00868-NODJ-EPG

**RELATED CASE ORDER**

Plaintiffs have filed a notice of related cases in all of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, all cases (1) involve the same Defendant, and (2) involve overlapping questions of law and fact. *See* E.D. Cal. L.R. 123(a). Accordingly, the assignment of these matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and be convenient for the parties.

The parties should be aware that while relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.

Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 1:22-cv-00430-NODJ-EPG, 2:22-cv-00604-NODJ-EPG, 2:22-cv-00662-NODJ-EPG, 1:22-cv-00433-NODJ-EPG, 1:22-cv-00607-NODJ-EPG, and 2:22-cv-00868-NODJ-EPG are to be considered related within the meaning of Rule 123. As these matters are all currently assigned to the same District Judge and Magistrate Judge, no reassignment or alteration of the case caption is necessary.

IT IS SO ORDERED.

Dated: **February 21, 2024**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC1 – Merck.related_cases