ALEXANDER G. CALFO (SBN 152891)
acalfo@kslaw.com
SUSAN V. VARGAS (SBN 177972)
svargas@kslaw.com
STEPHANIE A. LE (SBN 325428)
sle@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street
Suite 1600
Los Angeles, CA 90071
Telephone:     +1 213 443 4355
Facsimile:     +1 213 443 4310

Attorneys for Defendants
MERCK & CO., INC; MERCK SHARP & DOHME CORP.[1]; ORGANON & CO., and ORGANON LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROLINA CHRISTENSEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., a New Jersey Corporation; MERCK SHARP & DOHME CORP., a New Jersey Corporation; ORGANON & CO., a Delaware Corporation; ORGANON LLC, a Delaware Limited Liability Company; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:22-cv-00868-KES-EPG<br><br>**DEFENDANTS' NOTICE OF INTENT TO FILE ANSWER TO COMPLAINT**<br><br>[Removed from Plumas County Superior Court Case Number CV22-00035]<br><br>Action Filed:       March 4, 2022<br>Action Removed:  May 20, 2022<br>Trial Date:         None Set |

---

[1] Merck Sharp & Dohme Corp. is now known as Merck Sharp & Dohme LLC.

On June 22, 2022, the Court entered an Order pursuant to the parties' stipulation, ordering Defendants Merck & Co., Inc., Merck Sharp & Dohme Corp., Organon & Co., and Organon LLC ("Defendants") to file their response to Plaintiff Karolina Christensen's ("Plaintiff") complaint within fourteen (14) days of entry of an order resolving the motions to dismiss pending in *Ramos v. Merck & Co., Inc. et al.*, Case No. 1:22-cv-00430-DAD-EPG; *Wylie v. Merck & Co., Inc. et al.*, Case No. 2:22-cv00604-DAD-EPG; *Hobbs v. Merck & Co., Inc. et al.*, Case No. 2:22-cv-00662-DAD-EPG; and *Edwards, et al. v. Merck & Co., Inc. et al.*, Case No. 1:22-cv-00433-DAD-EPG.  (Dkt. No. 10 at 4.)  The June 22, 2022 Order further ordered the parties to jointly contact the Court's Courtroom Deputy to reset the Initial Scheduling Conference within seven (7) days of Defendants' response to the complaint.  (*Id.*)

On September 30, 2024, Defendants withdrew their motions to dismiss filed in the above-referenced cases.  Thus, Defendants hereby provide notice that Defendants intend to file an answer to Plaintiff's complaint within five (5) days of the filing of this Notice.  Defendants further request an Initial Scheduling Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure and will jointly contact the Courtroom Deputy with Plaintiff to reset the Initial Scheduling Conference.

DATED:  September 30, 2024

KING & SPALDING LLP

*/s/ Susan V. Vargas*
Attorneys for Defendants
MERCK & CO., INC.; MERCK SHARP & DOHME CORP.; ORGANON & CO.; and ORGANON LLC